

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00405-CR

Lionel **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2004CR1992
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and judgment is RENDERED dismissing the prosecution with prejudice.

SIGNED August 21, 2013.

_____
Rebeca C. Martinez, Justice